THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.K. and A.O., in their capacity as parents and guardians of minor students D.O. and J.O.,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>NOOKSACK VALLEY SCHOOL DISTRICT,<br><br>　　　　　　Defendant. | CASE NO. C20-1594-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on Plaintiffs' renewed motion to amend (Dkt. No. 15). The Court understands Plaintiffs' motion to be a motion to extend the deadline by which the Court ordered Plaintiffs to file the amended complaint. Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and EXTENDS Plaintiffs' deadline to file the amended complaint until January 6, 2021. The Court will accept Plaintiffs' complaint as timely filed. The Court also EXTENDS Defendant's deadline to respond to the amended complaint to within 14 days of the date of this order.

　　　　//

　　　　//

DATED this 19th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
