THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.K., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOOKSACK VALLEY SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. C20-1594-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge: Before the Court is the Parties' stipulation authorizing Defendant to file a first amended answer and affirmative defenses. (Dkt. No. 30.) In accordance with Federal Rule of Civil Procedure 15(a)(2), the stipulation is GRANTED. Defendant must file its amended answer within 14 days of the date of this Order.

DATED this 30th day of August 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk