THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.K, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOOKSACK VALLEY SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | CASE NO. C20-1594-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

To facilitate settlement efforts, the parties seek a continuance of the noting date for Defendants' pending motion for partial summary judgment. (Dkt. No. 38.)

Finding good cause, the Court GRANTS the parties' motion for continuance (*id.*); Defendants' motion for partial summary judgment (Dkt. No. 33) is RE-NOTED for October 29, 2021.

DATED this 12th day of October 2021.

Ravi Subramanian <br>
Clerk of Court <br><br>
s/Sandra Rawski <br>
Deputy Clerk

MINUTE ORDER
C20-1594-JCC
PAGE - 1