THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.K. AND A.O. IN THEIR CAPACITY AS PARENTS AND GUARDIANS OF MINOR STUDENTS D.O. AND J.O., <br><br> Plaintiffs, <br><br> v. <br><br> NOOKSACK VALLEY SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. C20-1594-JCC <br><br> ORDER |

This matter comes before the Court on the parties' stipulated motion to appoint a settlement guardian ad litem ("SGAL") under Federal Rule of Civil Procedure 17(c) (Dkt. No. 41). Having thoroughly considered the parties' submission, the Court finds hereby GRANTS the motion for the reasons explained below.

Federal Rule 17(c) allows the Court to appoint a guardian ad litem to protect an unrepresented minor. The corresponding Local Civil Rule requires appointment of an SGAL in any case where the Court is asked to approve a settlement involving a minor. W.D. Wash. Local Civ. R. 17(c). An SGAL must be an attorney and must investigate the adequacy of the proposed settlement "and report thereon." *Id.*

The parties propose that Christopher Henderson act as the SGAL for the minors in this matter. (Dkt. No. 42 at 1.) Mr. Henderson is an attorney who has practiced in Washington State

for over a decade. (Dkt. No. 44 at 1.) He states he has experience in areas of law related to the issues raised by Plaintiffs' claims in this case, and he has served as an SGAL in this District in the past. (*Id.* at 1–2; *see also* Dkt. No. 43-1 at 6.)

Accordingly, the Court hereby GRANTS the parties' stipulated motion. (Dkt. No. 41.) It is further ORDERED as follows:

1. Mr. Henderson is APPOINTED as the SGAL for D.O. and J.O. to represent their interests and perform the duties specified in Local Civil Rule 17(c).

2. Within 60 days of this order, or, if the parties so stipulate, within a different reasonable timeframe, Mr. Henderson shall submit a report and recommendation to the Court concerning the parties' settlement.

3. Mr. Henderson will be compensated at his typical hourly rate, per agreement of the parties.

DATED this 10th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-1594-JCC
PAGE - 2