UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| E.K. and A.O., in their individual capacity and as parents and guardians of minor students, D.O. and J.O., <br><br> Plaintiff, <br><br> v. <br><br> NOOKSACK VALLEY SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 2:20-cv-01594-TL <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Per the parties' stipulation (Dkt. No. 50) and upon good cause shown, the Settlement Guardian Ad Litem's deadline to file a settlement report and recommendation is EXTENDED to **March 11, 2022.**

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

MINUTE ORDER - 1

Dated this 22nd day of February 2022.

          s/ Ravi Subramanian
          Clerk of the Court

          s/ Kadya Peter
          Deputy Clerk