1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13
14
15
16
17

| | |
|---|---|
| E.K. and A.O., in their individual capacity and as parents and guardians of minor students, D.O. and J.O., <br><br>                Plaintiff(s), <br>     v. <br><br> NOOKSACK VALLEY SCHOOL DISTRICT, <br><br>                Defendant(s). | CASE NO. 2:20-cv-01594-TL <br><br> ORDER OF DISMISSAL |

18
19
20
21

Per the Court's Order of Approval of Settlement (Dkt. No. 59) and upon the filing of notices of receipt of settlement funds into special needs trust accounts for both D.O. and J.O. (Dkt. Nos. 60, 61), the Court ORDERS this case DISMISSED WITH PREJUDICE and DIRECTS the Clerk to close the matter without further action from the Parties.

22
23
24

Dated this 14th day of July 2022.

Tana Lin
United States District Judge